UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RYAN SPEIGHTS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. G-07-210 |
| § | |
| DIAMOND OFFSHORE MANAGEMENT § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## AMENDED FINAL JUDGMENT

This case was tried to the Court without a jury. The Court determined that the plaintiff should prevail against the defendants Diamond Offshore Management and Baker Oil Tools, jointly and severally but failed to consider non-economic damages. The judgment is amended as follows:

a) Actual damages

| | |
|---|---|
| Economic: | $ 268,435.00 |
| Past pain and suffering, mental anguish Physical discomfort and inconvenience: | $ 250,000.00 |
| Total: | $ 518,435.00 |

b) Interest on the judgment at a rate of 2.33% from the date of judgment until paid.

c) All costs of court.

This is a Final Judgment.

SIGNED and ENTERED this 29th day of July, 2008.

_____
Kenneth M. Hoyt
United States District Judge